JOHN D. PARK & SONS CO., Respondent, v. HUBBARD et al., Appellants. (Supreme Court, Appellate Division, First Department. June 25, 1909.) Action by the John D. Park & Sons Company against Charles Hubbard and others. N. B. Beecher, for appellants. A. B. Parker, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

JOHN N. LOESER MFG. CO., Respondent, v. AUTO–CAR EQUIPMENT CO., Appellant. (Supreme Court, Appellate Division, First Department. June 11, 1909.) Action by the John N. Loeser Manufacturing Company against the Auto-Car Equipment Company. J. O'Melley, for appellant. E. G. Davis, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

JOHNSON, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by Catherine Johnson, an infant, etc., against the City of New York. No opinion. Judgment and order unanimously affirmed, with costs.

JOHNSON, Respondent, v. PHŒNIX BRIDGE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 6, 1909.) Action by Mary E. Johnson, as administratrix, etc., against the Phœnix Bridge Company. No opinion. Motion for leave to appeal to Court of Appeals granted. Settle questions before SPRING, J., on two days' notice. See, also, 118 N. Y. Supp. 88.

JOHNSTON, Appellant, v. CONKLIN, Respondent. (Supreme Court, Appellate Division, First Department. June 18, 1909.) Action by George Johnston as receiver against Jeanne L. Conklin. I. N. Jacobson, for appellant. T. Gregory, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

JOHNSTON, Appellant, v. SYRACUSE LIGHTING CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. July 6, 1909.) Action by Camille B. Johnston, as administratrix, against the Syracuse Lighting Company. No opinion. Judgment and order affirmed, with costs, upon the authority of opinion of the Court of Appeals in same case, reported at 193 N. Y. 592, 86 N. E. 539.

JOHNSTON, Appellant, v. SYRACUSE LIGHTING CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. September 29, 1909.) Action by Camille B. Johnston, as administratrix, etc., against the Syracuse Lighting Company. No opinion. Motion for leave to appeal to Court of Appeals granted. See, also, supra.

JONES, Respondent, v. COMMERCIAL TRAVELERS' MUT. ACCIDENT ASS'N OF AMERICA, Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by Henry T. Jones against the Commercial Travelers' Mutual Accident Association of America. No opinion. Judgment (114 N. Y. Supp. 589) affirmed, with costs.

JONES, Appellant, v. GOULD, et al., Respondents. (Supreme Court, Appellate Division, First Department. June 4, 1909.) Action by John S. Jones against George J. Gould and others. D. McClure, for appellant. A. I Palmer, for respondents. No opinion. Judgment affirmed, with costs, in 123 App. Div 236, 108 N. Y. Supp. 31. Order filed.

JONES, Respondent, v. L'ECLUSE, Appellant. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by Mary E. Jones against Milton L'Ecluse. PER CURIAM. The order sets aside a verdict for the alleged misconduct of a juror. I a brief opinion the learned Special Term find no irregularity in the conduct of the juryman and also finds the conduct of the counsel and the witness involved to have been blameless but holds that "the influence of just such happenings is so subtle that it is manifestly difficult to weigh its effect." We think a judgment should not be destroyed unless the alien influence is manifest, and therefore reverse the order, with $10 costs and disbursements, and reinstate the verdict. BURR and MILLER, JJ., dissent.

JONES, Appellant, v. RAMSAY, Respondent (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by Joe Jones against Oliver W. Ramsay. No opinion Judgment of the Municipal Court unanimously affirmed, with costs.

JORDAN, Appellant, v. ERIE R. CO., Respondent. (Supreme Court, Appellate Division Fourth Department. June 2, 1909.) Action by Charles H. Jordan, as administrator, etc against the Erie Railroad Company. PER CURIAM. Judgment and order affirmed, with costs. KRUSE, J., dissents.

J. P. DEVINE CO., Appellant, v. BUFFALO FOUNDRY CO. et al., Respondents. (Supreme Court, Appellate Division, Fourth Department October 20, 1909.) Action by the J. P. Devin Company against the Buffalo Foundry Company and another. No opinion. Order affirmed, with $10 costs and disbursements.

KAHN, Respondent, v. KAHN, Appellant (Supreme Court, Appellate Division, First Department. June 4, 1909.) Action by Bertha Kahn against Edward A. Kahn. A. Levy, for appellant. S. Horkimer, for respondent. No opinion. Judgment (62 Misc. Rep. 550, 115 N Y. Supp. 1028) affirmed, with costs. Order filed. See, also, 60 Misc Rep. 334, 113 N. Y Supp. 256.